

September 8, 2020

**VIA ECF & EMAIL**
The Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *U.S. v Andrew Burrell*
**19-CR-00643 (VM)**

Dear Judge Marrero:

     I am the attorney for defendant, Andrew Burrell, in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act (CJA), 18 U.S.C. §3006A. The purpose of this letter is to respectfully request that a new attorney be assigned to represent Mr. Burrell. The defendant has requested new counsel because there has been a breakdown in communication resulting in irreparable damage to the attorney-client relationship. Accordingly, I respectfully request that the Court schedule a conference to address Mr. Burrell's request that new counsel be assigned to represent him.

     Please note that Mr. Burrell wants to appear "in person" for this proceeding and does not consent to appearing remotely.

     Please feel free to contact me if you have any questions.

Most Respectfully,

*Eric Franz*
_____
ERIC FRANZ