```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    19 CR 643-3(VM)
           -against-              :    ORDER
                                  :
ANDREW BURRELL,                   :
                                  :
              Defendant.          :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

Counsel for defendant Andrew Burrell having notified the Court that the Defendant consents to the substitution of counsel (<u>see</u> attached letter), it is hereby ordered that Eric Franz, the attorney for the Defendant, is substituted and the representation of the Defendant is assigned to C.J.A. attorney Dawn Cardi.

**SO ORDERED:**

Dated:   New York, New York
         7 October 2020

_____
Victor Marrero
U.S.D.J.

## RE: 19 CR 643: United States v. Thwaites et al.

Eric Franz <Eric@efranzlaw.com>
Wed 10/7/2020 1:43 PM

To: Hobson, Adam (USANYS) <Adam.Hobson@usdoj.gov>; ▇▇▇▇▇▇▇@nysd.uscourts.gov>
Cc: Swergold, Jason (USANYS) <Jason.Swergold@usdoj.gov>; efranzlaw@yahoo.com <efranzlaw@yahoo.com>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

All: I have spoken with Mr. Burrell and he consents to the change of counsel and has agreed that no court appearance is necessary. Thus he consents to the change of counsel via court order without the need for a court proceeding.

Please let me know if you have any questions.

Eric Franz