**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    **19 CR 643-3(VM)**
         -against-                 :    **ORDER**
                                   :
ANDREW BURRELL,                    :
                                   :
                    Defendant.     :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled a status conference in this matter for October 16, 2020. With regard to the above-named defendant only, the status conference is hereby rescheduled to October 15, 2020 at 12:00 p.m. due to the scheduling needs of the Metropolitan Detention Center. In light of the ongoing public health crisis, the October 15, 2020 status conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          14 October 2020

                                        _____
                                              Victor Marrero
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020