USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------X
UNITED STATES OF AMERICA,       :
                                :
       -against-                :     19 CR 643(VM)
                                :     ORDER
ANDREW BURRELL,                 :
                                :
              Defendant.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The status conference currently scheduled for January 26, 2021 is hereby rescheduled. The conference shall be scheduled for Thursday, February 4, 2021 at 10:30 a.m.

All parties to this action have informed the Court of their consent to an exclusion of time from the Speedy Trial Act until February 4, 2021.

It is hereby ordered that time until February 4, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         20 January 2021

_____
Victor Marrero
U.S.D.J.