```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/1/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :          **19 CR 643(VM)**
            -against-              :          **ORDER**
                                   :
ANDREW BURRELL,                    :
                                   :
                  Defendant.       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Defendant requested the Court order the Brooklyn MDC detention facility, where he is currently detained, to provide him additional time in the law library so that he can review discovery and research his case. (See Dkt. No. 49.) The Government responded noting that the restrictions on law library use that were in place due to the COVID-19 pandemic have been lifted, and Mr. Burrell has the same opportunity to access the law library as other inmates. (See Dkt. No. 52.) Given these facts, the Court will DENY Mr. Burrell's request without prejudice. If Mr. Burrell can demonstrate that the MDC's current law library policies affect him in some unique way, and more severely than the rest of the inmate population, the Court may reconsider. Before doing so, the Court notes that Mr. Burrell should first make his case to the BOP facility officials.

**SO ORDERED:**

Dated:    New York, New York
          1 February 2021

_____
          Victor Marrero
          U.S.D.J.