```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :     **19 CR 643(VM)**
        -against-                 :        **ORDER**
                                  :
ANDREW BURRELL,                   :
                                  :
              Defendant.          :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The status conference in this matter scheduled for Thursday, February 4, 2021 at 10:30 a.m. is hereby rescheduled to 12:00 p.m.

The status conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         03 February 2021

_____
Victor Marrero
U.S.D.J.