

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021

May 21, 2021

*Via ECF*

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    United States v. Andrew Burrell, 19-cr-643 (VM)

Your Honor:

    I am CJA counsel to Andrew Burrell. I write to respectfully request that the Court order that the Bureau of Prisons provide me with Mr. Burrell's medical records for the last week. We believe Mr. Burrell was recently involved in an incident and is currently in the hospital. Upon learning this information, we immediately reached out to MDC legal and were informed that they cannot disclose any information without a signed HIPAA, and that at present time, the BOP does not have the means to have Mr. Burell consent to release of his records to counsel. The MDC legal department advised that requesting an Order from the Court would be the best route to protect all parties involved. Accordingly, I respectfully request that Your Honor grant the request herein. Thank you.

    Thank you for your consideration of the instant application.

                                 Respectfully submitted,

                                 /s/

                               Dawn M. Cardi



Request GRANTED. BOP is hereby ordered to release Mr. Burrell's medical records to his counsel, Ms. Cardi.

SO ORDERED.

5/24/2021
DATE                 VICTOR MARRERO, U.S.D.J.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com