USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,    :    **19 CR 643 (VM)**
                             :
        -against-            :
                             :    **ORDER**
ANDREW BURRELL,              :
                             :
              Defendant.     :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Thursday, July 15, 2021 at 10:30 A.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         14 July 2021

_____
Victor Marrero
U.S.D.J.