USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :    19 CR 643 (VM)
                                  :
       -against-                  :
                                  :       ORDER
ANDREW BURRELL,                   :
                                  :
                    Defendant.    :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Thursday, July 22, 2021 at 12:00 PM will be rescheduled to Thursday, July 22, 2021 at 9:00 A.M. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         21 July 2021

*[signature]*
Victor Marrero
U.S.D.J.