USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
                                      :

UNITED STATES OF AMERICA      :     ORDER

    - v. -                        :     S1 19 Cr. 643 (VM)

ANDREW BURRELL,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - X

       WHEREAS, with the consent of the defendant, ANDREW BURRELL, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on October 15, 2021; and

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York

         15 November 2021

                                                  Victor Marrero
                                                  U.S.D.J.