```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :         **19 CR 643 (VM)**
        -against-                  :
                                   :         **ORDER**
ANDREW BURRELL,                    :
                                   :
                    Defendant.     :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from January 15, 2022 to January 20, 2022 at 10:30 AM.

**SO ORDERED:**

Dated: New York, New York
       10 December 2021

_____
Victor Marrero
U.S.D.J.