USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :        **19 CR 643 (VM)**
         -against-                 :
                                   :        **ORDER**
ANDREW BURRELL,                    :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On December 16, 2021, Counsel for the Government emailed Chambers on behalf of the Bureau of Prisons (the "BOP") requesting that the Court grant the BOP an extension of time to respond to defense counsel's letter motion. (See Dkt. Nos. 95, 96.) It is hereby ordered that this request is granted. The BOP shall respond to defense counsel's letter motion (Dkt. No. 95) by December 17, 2021.

**SO ORDERED:**

Dated: New York, New York
       16 December 2021

_____
Victor Marrero
U.S.D.J.