USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :          **19 CR 643 (VM)**
         -against-                :
                                  :              **ORDER**
ANDREW BURRELL,                   :
                                  :
                    Defendant.    :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On December 17, 2021, Counsel for the Bureau of Prisons (the "BOP") responded to defense counsel's letter motion requesting an order for medical attention. (See Dkt. No. 98.) Defense counsel is directed to respond to the BOP's letter by December 20, 2021 stating whether defendant has any further comment on the matter.

**SO ORDERED:**

Dated:  New York, New York
        17 December 2021

_____
Victor Marrero
U.S.D.J.