```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :     **19 CR 643 (VM)**
        -against-                  :
                                   :     <u>**ORDER**</u>
ANDREW BURRELL,                    :
                                   :
                Defendant.         :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court has received and reviewed defense counsel's December 20, 2021 response (<u>see</u> Dkt. No. 100) to the submission by the Bureau of Prisons (the "BOP") regarding the above-named defendant's medical issues. (<u>See</u> Dkt. No. 98.) The Court understands that BOP will be arranging, as necessary, an ENT consultation and hand specialist consultation, as well as a follow-up hand x-ray, for Mr. Burrell. The BOP and government are directed to provide the Court with a status report by January 15, 2022.

**SO ORDERED:**

Dated: New York, New York
       21 December 2021

_____
Victor Marrero
U.S.D.J.