```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :      **19 CR 643 (VM)**
        -against-                   :
                                    :      **ORDER**
ANDREW BURRELL,                     :
                                    :
                Defendant.          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of defense counsel, and without objection from the Government, the sentencing conference of the above-named defendant scheduled for January 20 shall be adjourned until February 17, 2022 at 10:30 a.m.

In light of the ongoing public health crisis, the sentencing conference scheduled for February 17, 2022 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:  New York, New York
        12 January 2022

_____
Victor Marrero
U.S.D.J.