```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :      **19 CR 643 (VM)**
         -against-                  :
                                    :         **ORDER**
ANDREW BURRELL,                     :
                                    :
                  Defendant.        :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

With the consent of the parties, the sentencing conference of the above-named defendant scheduled for February 17 at 10:30 a.m. shall be rescheduled for February 17 at 12:00 p.m.

The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated: New York, New York
       8 February 2022

_____
Victor Marrero
U.S.D.J.