**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :      **19 CR 643 (VM)**
                                   :
        -against-                  :
                                   :      <u>**ORDER**</u>
ANDREW BURRELL,                    :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing in the above-captioned matter scheduled for Thursday, March 17, 2022 at 12:00 P.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         15 March 2022

_____
Victor Marrero
U.S.D.J.