

**CARDI & EDGAR**
LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Nina Epstein
Diane Ferrone

May 24, 2022

*<u>Via ECF</u>*

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>United States v. Andrew Burrell</u>, 19-cr-643 (VM)

Your Honor:

I am CJA counsel to Andrew Burrell. I write to respectfully request that the Court order the MDC to treat Mr. Burrell for his many continuing medical issues.

Mr. Burrell's medical issues have been well-documented with this Court. <u>See</u> ECF # 49, 84, 95 and 100. Mr. Burrell reports that he continues to not receive the necessary medical care. A hand specialist has told him that he needs physical therapy; Mr. Burrell has not received any physical therapy. The hospital informed Mr. Burrell he needs surgery to get his nose fixed; the prison refuses to allow him to have the necessary surgery. And Mr. Burrell's ribs continue to cause him excruciating pain, and the prison simply gives him ibuprofen, which does not alleviate the pain. He needs to see a specialist immediately.

Moreover, Mr. Burrell reports that he has been told he is not receiving the necessary care, in part, because he has to wait to be designated to a facility to serve the remainder of his time, but that because of a state hold, he has not been designated.  We are unaware of any state hold and any additional information that the government can provide will be much appreciated.

Respectfully submitted,

/s/

Dawn M. Cardi

Andrew Burrell, Reg. 79757-054 (MDC)

> The Government and Bureau of Prisons are directed to respond to defendant's request within five days of this order.
>
> **SO ORDERED.**
>
> Dated: May 25, 2022
>          New York, New York
>
> Victor Marrero
> U.S.D.J.

99 Madison Avenue, 8th Floor, New York, NY 10016  •  212.481.7770 TELEPHONE  •  212.271.0665 FACSIMILE  •  917.543.9993 CELL  •  cardiedgarlaw.com