**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,              :        **19 CR 643 (VM)**
                                       :
        -against-                      :
                                       :        **ORDER**
ANDREW BURRELL,                        :
                                       :
                Defendant.              :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On May 31, 2022, the Court received by email a letter from the Government regarding defendant's medical condition, as well as his MDC medical records. Upon review of defendant's medical records, the Court finds no further action regarding defendant's medical treatment by the Bureau of Prisons is necessary at this time.

**SO ORDERED:**

Dated: New York, New York
       02 June 2022

_____
Victor Marrero
U.S.D.J.